UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 4 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DEBORAH COONEY,              )
                             )
            Plaintiff,       )
                             )
    v.                       )   Civil Action No. 16-2097 (UNA)
                             )
SCOTT S. HARRIS,             )
                             )
            Defendant.       )
_____)

**MEMORANDUM OPINION**

According to the plaintiff, the Clerk of the Supreme Court of the United States has refused to file her petition for a writ of habeas corpus, application to proceed *in forma pauperis*, and motion for counsel. *See* Compl. ¶¶ 5-8. For this alleged violation of her First Amendment right to access the courts, *see id.* ¶ 18, the plaintiff asks this Court to "issue an immediate Temporary Restraining order," *id.* ¶ 20, to "enjoin Defendant from further deprivation of [her] rights by requiring [him] to duly file all documents [she] properly submitted," *id.* ¶ 19.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992).

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 11/10/16

/s/
United States District Judge